UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:18-cv-11789-KPF
                                        Plaintiff,               :
                                                                 :
              vs.                                                :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
209.122.250.65,                                                  :
                                                                 :
                                        Defendant.               :
-----------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 209.122.250.65. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 7, 2019

Respectfully Submitted,

By: <u>/s/ Kevin T. Conway, Esq.</u>
Kevin T. Conway, Esq.
NY Bar No.: 2133304
80 Red Schoolhouse Road
Suite 110
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*